BRUCE NEAL STEINKRUGER, APPELLANT, V. KIM SUE
STEINKRUGER, APPELLEE.

363 N.W.2d 399

Filed March 8, 1985.   No. 84-011.

Andrew J. McMullen, for appellant.

John E. Dier of Person, Dier, Person & Osborn, for appellee.

KRIVOSHA, C.J., HASTINGS, and CAPORALE, JJ., and BRODKEY, J., Retired, and COLWELL, D.J., Retired.

PER CURIAM.

The instant appeal involves a domestic relations matter.

Upon de novo review we conclude that the record fails to show an abuse of discretion in regard to the division of property or the award of alimony. The judgment is therefore affirmed.

The parties shall pay their own costs and attorney fees.

AFFIRMED.